## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Timothy L Horton<br>    Dorian Horton<br>        Debtor(s) | Case No. 12 B 36595 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/14/2012.

2) The plan was confirmed on 01/14/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/20/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/20/2014, 04/16/2015, 03/23/2017.

5) The case was Completed on 12/29/2017.

6) Number of months from filing to last payment: 64.

7) Number of months case was pending: 71.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $76,312.39.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $79,250.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$79,250.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,550.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,224.24 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,774.24** |
| Attorney fees paid and disclosed by debtor: | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA Checkmate LLC | Unsecured | NA | 1,089.07 | 1,089.07 | 512.41 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hospital | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Alverno Clinical Laboratories | Unsecured | 5.25 | NA | NA | 0.00 | 0.00 |
| American Financial Credit Services | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 941.00 | 940.78 | 940.78 | 442.64 | 0.00 |
| Americredit Financial Ser Inc | Secured | 21,916.58 | 21,916.58 | 21,916.58 | 21,916.58 | 2,536.00 |
| Americredit Financial Ser Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Blatt Hasenmiller Leibsker | Unsecured | 10,361.77 | NA | NA | 0.00 | 0.00 |
| BMI Surgery SC | Unsecured | 13,000.00 | NA | NA | 0.00 | 0.00 |
| Brother Loan & Finance | Unsecured | NA | 1,297.38 | 1,297.38 | 610.42 | 0.00 |
| Chicago Post Office Employees CU | Secured | 34,245.00 | 26,700.00 | 26,700.00 | 26,700.00 | 3,194.45 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | 293.43 | 293.43 | 138.06 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | 1,291.03 | 1,291.03 | 607.43 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 6,672.00 | 7,174.72 | 7,174.72 | 3,375.68 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 350.00 | 272.00 | 272.00 | 127.98 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Collection Bureau, Inc | Unsecured | 859.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Cont (Original Credit | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B (Original Credito | Unsecured | 858.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| Downers Grove Police Department | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Flexteller | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Harley Davidson Credit | Unsecured | 1,222.00 | NA | NA | 0.00 | 0.00 |
| Harley Davidson Credit | Secured | 5,998.00 | 5,807.72 | 5,807.72 | 0.00 | 0.00 |
| I C System Inc (Original Creditor:Oral S | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Tollway | Unsecured | 3,360.00 | 2,132.80 | 2,132.80 | 1,003.48 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 360.00 | 1,453.88 | 1,453.88 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 356.42 | 356.42 | 167.70 | 0.00 |
| MCSI | Unsecured | 200.00 | 300.00 | 300.00 | 141.15 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 941.00 | NA | NA | 0.00 | 0.00 |
| Miramedrg (Original Creditor:Medical) | Unsecured | 4,206.00 | NA | NA | 0.00 | 0.00 |
| Mrsi (Original Creditor:Ingalls Memorial | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 1,687.50 | 1,687.50 | 1,687.50 | 793.97 | 0.00 |
| Oaklawn Radiology Imaging | Unsecured | 26.85 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 28,251.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 2,520.67 | 0.00 | 2,520.67 | 2,520.67 | 0.00 |
| Pathology Consultants | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| PNC Bank NA | Secured | 111,616.00 | 111,070.19 | 111,070.19 | 0.00 | 0.00 |
| PNC Bank NA | Secured | 6,000.00 | 11,097.27 | 6,000.00 | 6,000.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,034.00 | 1,019.32 | 1,019.32 | 479.59 | 0.00 |
| Resurgent Capital Services | Unsecured | 400.00 | 407.95 | 407.95 | 191.94 | 0.00 |
| Ridge Orthopedics and Rehab | Unsecured | 749.15 | NA | NA | 0.00 | 0.00 |
| Silver Cross Hospital | Unsecured | 25,383.50 | 501.58 | 501.58 | 235.99 | 0.00 |
| SIR Finance Corporation | Unsecured | NA | 1,432.00 | 1,432.00 | 673.76 | 0.00 |
| Springleaf Financial Services | Secured | 7,515.00 | 6,101.38 | 6,101.38 | 0.00 | 0.00 |
| St James Hospital | Unsecured | 10,568.35 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 144.07 | NA | NA | 0.00 | 0.00 |
| St James Hospital and Health Center | Unsecured | 2,240.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital and Health Center | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| Suburban Radiation | Unsecured | 3,792.60 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 941.00 | NA | NA | 0.00 | 0.00 |
| Village of Downers Grove | Unsecured | 0.00 | 225.00 | 225.00 | 105.86 | 0.00 |
| Village of Justice Police Department | Unsecured | 1,687.50 | NA | NA | 0.00 | 0.00 |
| Village of Olympia Fields | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Visa | Unsecured | 4,200.00 | NA | NA | 0.00 | 0.00 |
| Vision Financial Servi (Original Credito | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| Webbank/Dfs | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 296.05 | NA | NA | 0.00 | 0.00 |
| WellGroup Health Partners | Unsecured | 1,133.00 | NA | NA | 0.00 | 0.00 |
| Westgate Resort | Secured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| Woodridge Police Department | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $111,070.19 | $0.00 | $0.00 |
| Mortgage Arrearage | $8,520.67 | $8,520.67 | $0.00 |
| Debt Secured by Vehicle | $60,525.68 | $48,616.58 | $5,730.45 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$180,116.54** | **$57,137.25** | **$5,730.45** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$21,874.86** | **$9,608.06** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,774.24 |
| Disbursements to Creditors | $72,475.76 |
| **TOTAL DISBURSEMENTS** : | **$79,250.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/06/2018                         By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**